WILLARD H. REECE, Respondent, v. JAMES C. ALEXANDER, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Sears, P. J.; Crouch, Taylor, Edgcomb and Thompson, JJ.

CHRISTOPHER A. KEENLY, Respondent, v. ANTHONY H. WEILER and Others, Defendants. ANTON WEILER, Appellant.— Appeal dismissed for failure of appellant to comply with order entered May 5, 1931. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SYRACUSE INVESTMENT CORPORATION, Respondent, v. ANTHONY H. WEILER and Others, Defendants. ANTON WEILER, Appellant, and CHRISTOPHER A. KEENLY and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DWELLE-KAISER COMPANY, Plaintiff, v. C. H. FRID and Others, Defendants. NATIONAL BANK OF FREDONIA and Others, Appellants; LOUIS J. MERTES and Others, Respondents.— Appeal dismissed as to the plaintiff and the respondents Louis J. Mertes, Buffalo Floor Covering Company, Incorporated, Wicker Lumber Company, Contractors Ornamental Steel Company, Incorporated, Ernest Kipling and Leroy M. Dibble, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Appointment of Hon. CHARLES H. BROWN as an Official Referee.— Hon. Charles H. Brown, of Belmont, ex-Supreme Court justice in the Eighth Judicial District, appointed as an official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GERTRUDE FAECKE, Respondent, v. FRED NICHOLS and Others, Appellants.— Motion to vacate order of dismissal entered May 13, 1931, denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANCIS M. REED, as Administrator, etc., of DAVID H. REED, Deceased, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, etc.█ THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CLAUDE T. FOX, Plaintiff, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant, and WILLIAM H. HARLOFF, Respondent.— Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROSE COLOMBO, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.